### EMBRA V. SILLIMAN AND WHITE.

Service of an attachment by reading or leaving a copy, good to hold to trial.

ACTION against both by writ of attachment and served on White by a copy. Plea in abatement — That neither his person or estate had been attached.

Judgment — Plea insufficient. The defendant cannot complain that he has not been attached. Legal notice is all that is necessary for the purpose of trial, and this was given him. See Seers v. Blakesly, *ante.*